■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CROSLAND, Appellant. [854 NYS2d 654]—Appeal by the defendant from a judgment of the County Court, Westchester County (Cacace, J.), rendered June 28, 2006, convicting him of criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of a fair trial because of prosecutorial misconduct is unpreserved for ap-pellate review (*see* CPL 470.05 [2]) and, in any event, does not require reversal (*see People v Hearns*, 33 AD3d 722 [2006]; *People*

*v Davis,* 28 AD3d 787 [2006]). Mastro, J.P., Ritter, Carni and McCarthy, JJ., concur.